## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TYNEL STEWARD,

    Petitioner,

v.                                                                                 No. CV 18-940 RB/CG

MESCALERO APACHE TRIBAL COURT,
et al.,

    Respondents.

### ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** is before the Court on Petitioner Tynel Steward's *Affidavit of Indigence and Petition for Free Process*, (Doc. 2), filed October 5, 2018. The Court, being fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE