United States District Court
District of New Mexico

Tynel Steward
vs
Mescalero tribal court
Mescalero supreme court
Mescalero B.I.A law enforcement office
LaSalle (LCDC)
(SCDC)
(UTUDC)

Case 2:18-CV-00940-RB-SCY
(2) pages

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 16 2020
MITCHELL R. ELFERS
CLERK

## Cover Sheet

Attachment: (1) page letter to the B.I.A. Admin in New Mexico, sent from the Chires Ignacio Justice center/Adult detention Towaoc, CO on the 4th day of March 2020 to B.I.A. Admin 101 Indian School Rd. NW Albq, NM 87104 for the record.

Respectfully submitted
Tynel Steward
3/5/20

## Certificate of Service

I hereby certify this 5th day of March 2020 that the informentioned letter and coversheet was sent via U.S.P.S. to the United States District court, in New Mexico, 333 Lomas Blvd (General Delivery) Albq, NM 87107

Respectfully Tynel Steward

(18 page attachments (back and front)
of 9 pages)

B.I.A. Administration,                                    3/3/20

Hello, my names Tynel Steward and I'm Mescalero Apache #03044. I'm having Issues with corrupt government and public officials who work in our Tribal government whom need to be removed from their offices, Impeached, federally charged and prosecuted to the fullest extent of the law, corrupt B.I.A. Law-enforcement officers whom need to be federally charged, prosecuted to the fullest extent of the law and banned from the Mescalero Apache reservation pursuant to 18 U.S.C. 241 and 242 and our tribal code. enclosed with this letter are documents which have been filed in the United States District Court Cause no.18-cv-00940-RB-SCY in which I reference New Mexico state 12th Judicial District court cause no(s) D-1226-CR-2018-00117; D-1226-LR-2018-00020; M-32-MR-2019-00131 and my public facebook profile Lucius Lovelorn, places I've filed evidence and notices to numerous governmental agencies as to the corruption going on down in the Lincoln/Otero county Judicial systems and law enforcement agencies. Recourse is what's being called for to which does not infringe on our sovereignty,—out with the corrupt officials and in with new ones properly trained and committed to doing the Right thing even when no ones looking, examples made of the corrupt officials by holding them accountable, prosecuting them to the fullest extent of the law they swore to uphold yet willfully chose to fail in their duties as law-enforcement officers, government and public officials. I hereby once again envoke my victim of federal offense Rights which need to be afforded to me to prevent further retaliation against my person. A copy of this letter is to be filed in the above said cause no. for the record. I await a prompt response & all bull-shit aside and with the utmost lawful professionalism. I hereby swear and affirm under penalty of purjury that the facts I've set forth in this letter are true to the best of my belief and In-foremation.
                           Respectfully- Tynel Steward 3/3/20

certificate of service
I hereby certify this 4th day of march 2020 that this letter and in foreventioned documents was sent via USPS to the B.I.A. Administration 101 Indian school rd. NW #1169 NM 87104 Respectfully Tynel Steward

Name: Tyrell Steward
BIA, OJS, Chief Ignacio Justice Center / Adult Detention
P.O. Box 329
Towaoc, CO 81334

INMATE CORRESPONDENCE

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 6 2020

MITCHELL R. ELFERS
CLERK

United States District court clerks office
333 Lomas Blvd. (General Delivery)
Albuquerque, New Mexico

